IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 3:15-cv-00136<br>) Chief Judge Sharp<br>) |
| ALL STAR PERSONNEL, INC. &,<br>SIMS RECYCLING SOLUTIONS, INC. | )<br>)<br>) |
| | ) JURY DEMAND |
| Defendants. | ) |

## CONSENT DECREE

### INTRODUCTION

The Equal Employment Opportunity Commission (the "Commission") brought this civil action against All Star Personnel, Inc. ("All Star") and Sims Recycling Solutions, Inc. ("Sims"), pursuant to Title I of the Americans with Disabilities Act of 1990 and Title I of the Civil Rights Act of 1991. The Commission seeks to end employment practices which are allegedly unlawful under the Americans with Disabilities Act. The Commission also seeks appropriate relief for Tammy Little, who was allegedly adversely affected by those alleged unlawful practices. The Complaint, filed February 13, 2015, alleged that All Star and Sims denied employment to Ms. Little on account of her disability.

The parties have agreed to this Consent Decree to settle all of the claims involved in this lawsuit. The parties to this action desire to avoid the additional expense and delay in litigation of this case. All Star and Sims deny the allegations in the

Complaint and deny any liability or wrongdoing with respect to the allegations in the Complaint.

In the event this Consent Decree is not approved or does not become final, it shall not be admissible as evidence in any subsequent proceeding in this action.

This Decree constitutes the complete and exclusive agreement between the parties with respect to the matters referred to herein. No waiver, modification or amendment of any provision of this Decree shall be effective unless made in writing. The parties have not made any representations or inducements to compromise this action other than those recited or referenced in this Decree.

The Court has reviewed the terms of this Consent Decree in light of the applicable laws and regulations, the representations of counsel for all of the parties, and hereby approves the Consent Decree.

It is hereby ORDERED, ADJUDGED AND DECREED:

## I. JURISDICTION

The United States District Court for the Middle District of Tennessee, at Nashville, has jurisdiction over the parties and the subject matter of this litigation and will retain jurisdiction over this Decree for purposes of enforcement and dispute resolution.

## II. SCOPE OF DECREE

A. This Consent Decree resolves all issues and claims arising out of the underlying facts set out in the Commission's Complaint in this case, Civil Action No. 3:15-cv-00136, alleging disability discrimination by All Star based on Charge No. 494-

2013-01133, or alleging disability discrimination by Sims based on Charge No. 494-2013-01132, both filed by Tammy Little and resolves all issues raised by Tammy Little in Charge No. 494-2013-01133 and Charge No. 494-2013-01132.  This Consent Decree is not dispositive of any other charge which is or may be pending before any office of the Commission other than Charge Nos. 494-2013-01133 and 494-2013-01132.

B.	The provisions of this Consent Decree shall be effective and binding upon the parties to this action for two (2) years after the date of its entry by the Court.

### III.  INJUNCTIVE RELIEF

A. All Star, its officers, agents, employees, and all persons acting in concert with All Star in the United States, are hereby enjoined from discrimination on account of disability.

B. Sims, its officers, agents, employees, and all persons acting in concert with Sims in the United States, are hereby enjoined from discrimination on account of disability.

C. Defendants will not retaliate against any person in any way for that person's opposition to a practice made unlawful by the ADA, or for that person's participation in the Commission's or a state agency's proceedings or litigation, and will make any future employment decisions concerning parties and witnesses on a nondiscriminatory basis.

### IV.  MODIFICATION OF POLICY

A.	Defendants will communicate that they do not have a blanket policy or practice of refusing to hire hearing-impaired applicants, who are otherwise qualified to perform the essential functions of the job for which they are applying, with or without a reasonable accommodation.  Sims will communicate to each and every employee

involved in hiring or supervising employees at the Lavergne, Tennessee site, within forty-five (45) days of the entry of this decree, that Sims does not discriminate on the basis of disability.

B.     Within ninety (90) days of entry of this Decree, Defendants, with the assistance of the consultant described in Paragraph V.A below, will each develop and implement a comprehensive policy setting forth procedures for processing applications from individuals with disabilities. This policy will (a) comply with Sections 12 and 13 of the EEOC's "Enforcement Guidance: Reasonable Accommodation and Undue Hardship Under the Americans with Disabilities Act," (http://www.eeoc.gov/policy/docs/accommodation.html#reasonable) and Chapters III-VIII of the EEOC's Technical Assistance Manual: Title I of the ADA; (b) establish procedures for promptly evaluating and approving requests for reasonable accommodation by applicants, including a minimum of two levels of Human Resources and/or management review before any request for accommodation may be denied; and (c) set forth disciplinary consequences for an employee's failure to comply with the policy.

## V.  TRAINING

Defendants shall provide training on disabilities and reasonable accommodations under the ADA.  Sims will provide training to all management and Human Resource employees at the Lavergne, Tennessee facility and All-Star will provide training to management employees  responsible for hiring employees to be assigned to Sims' Lavergne, Tennessee facility according to the following terms:

(a) Defendants will each retain counsel with a minimum of five years of experience in labor and employment law to develop training modules on disabilities and reasonable accommodations under the ADA.

(b) Counsel will conduct the training on the training modules and on the disability accommodation policies referenced above.

(c) Training may occur by video or teleconference.

(d) The training modules will be designed by the labor employment lawyer.

(e) Defendants shall require all site managers and human resources representatives at the relevant site to sign and date an attendance form.

(f) The trainer shall administer a test to site managers and human resources who participate in the training.

(f) The trainer shall create the test to cover the issues and best practices discussed in the training module.

(g) After completion of the test, the trainer will review the test results with the site managers and human resources representatives in attendance to ensure that they understand their obligations with regard to medical inquiries and reasonable accommodations under the ADA.

(h) Defendants shall send any completed forms required by (d), and (e) above, to Mark Chen, Trial Attorney, at the Commission's Nashville Area office.

(i) Defendants shall conduct this training annually for the duration of this Consent Decree, with the first training session to be conducted no later than March 31, 2016. The second training session shall be conducted at least one year after the first training session and less than two years after the entry of this Consent Decree.

(j) Defendants shall report in writing that training has occurred within thirty (30) days of the training.

## VI. INDIVIDUAL RELIEF

A.  In compromise and settlement of her claims, Defendants agree to pay a total of $25,000 to Tammy Little.  Defendants will issue a Form 1099 which designates this amount as payment for other damages.

B.  Within 60 days of the entry of this Decree, Defendants will mail the check to Ms. Little at an address to be provided by the Commission and will issue the Form 1099 in accordance with applicable IRS requirements.  Defendants shall also mail a copy of the check to:

>   Mark Chen, Trial Attorney
>   Equal Employment Opportunity Commission
>   220 Athens Way, Suite 350
>   Nashville, Tennessee 37228-9940

## VII. REPORTING PROVISION

Each Defendant shall provide reports describing each Defendant's training of its employees in the requirements of Title I of the Americans with Disabilities Act, as amended, as required by this Consent Decree.  Each Defendant shall forward its reports to Mark Chen, Trial Attorney, at the Commission's Nashville Area office.  The Defendants shall provide their reports for each training session at least 30 days after each training session but less than two years from the entry of this Consent Decree.

## VIII.  NOTICE

A.  Each Defendant shall post conspicuously at all sites staffed by All Star or operated by Sims, or both, in the United States the notice (poster) required by Title I of the Americans with Disabilities Act.

B.  All Star shall post at all All Star offices in the United States, in a location conspicuous and accessible to all applicants and employees, including persons assigned through placement agencies, the Notice attached to this Decree as Exhibit A, for a period of two (2) years commencing within ten days after entry of this Decree by the Court.

C.  Sims shall post at its Lavergne, Tennessee facility, in a location conspicuous and accessible to all applicants and employees, including persons assigned through placement agencies, the Notice attached to this Decree as Exhibit B, for a period of two (2) years commencing within ten days after entry of this Decree by the Court.

## IX.  NOTIFICATION OF SUCCESSORS

Each Defendant will provide written notice, before any sale, merger or other transfer of assets by each Defendant, to any potential purchaser of each Defendant's business, or a purchaser of all or a portion of each Defendant's assets, and to any other potential successor, of the Commission's lawsuit, the allegations raised in the Commission's Complaint, and the existence and contents of the settlement, to the extent any such sale, merger or other transfer of assets occurs during the period covered by this Consent Decree.

## X. ENFORCEMENT

If either Defendant fails to comply with the terms of this Decree, the Commission has a right to enforce either Defendant's obligations under the Decree. If the parties are unable to reach agreement regarding resolution of any such deficiency in either such Defendant's compliance with the terms of the Decree, the Commission will then have the option of petitioning the Court for relief.

## XI. COSTS

All parties shall pay their own costs of this litigation.

IT IS SO ORDERED THIS FGcc@Åàê Á¡-ÁŒ *˘•ẽÃŒFÍÈ

*Kevin H. Sharp*

KEVIN H. SHARP
CHIEF JUDGE
UNITED STATES DISTRICT COURT

APPROVED FOR ENTRY:

| FOR ALL STAR PERSONNEL, INC. | FOR THE COMMISSION |
|---|---|

 

FOR ALL STAR PERSONNEL, INC.

FOR THE COMMISSION

**P. DAVID LOPEZ**
General Counsel

s/Marcus M. Crider
**MARCUS M. CRIDER**
Attorney for Defendant
Tennessee Bar No. 18608
Waller Lansden Dortch & Davis, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, TN 37219-8966

**GWENDOLYN YOUNG REAMS**
Associate General Counsel

**FAYE A. WILLIAMS**
Regional Attorney
Tennessee Bar No. 11730

s/Gerald L. Thornton, Sr.
**GERALD L. THORNTON, SR.**
Supervisory Trial Attorney
Tennessee Bar No. 015898

FOR SIMS RECYCLING SOLUTIONS, INC.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue, Suite 900
Memphis, TN 38104
(901) 544-0075

s/Elizabeth S. Washko
**ELIZABETH S. WASHKO**
Attorney for Defendant
Tennessee Bar No. 19931
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
(615) 254-1900

**MARK CHEN**
Trial Attorney
Tennessee Bar No. 14268

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
220 Athens Way, Suite 350
Nashville, TN 37228
(615) 736-5784

Exhibit A

## NOTICE TO ALL EMPLOYEES

1. This is a Notice to all employees and assigned personnel of All Star Personnel. Inc.

2. Federal law bars an employer from discrimination on account of disability. It is a violation of Title I of the Americans with Disabilities Act, 42 U.S.C. § 12112(a), et seq., to discriminate on account of disability.

3. All Star does not tolerate or condone discrimination on account of disability under the ADA. Discrimination on account of disability under the ADA is a violation of company policy as well as federal law. Violation of this company policy by anyone employed by All Star will result in disciplinary action up to and including termination.

4. The posting of this Notice by All Star does not constitute an admission by All Star of any liability under Federal law.

5. This notice must remain posted for two years from the date below and must not be altered, defaced, or covered by any other materials.

6. If you believe you have been discriminated against, please notify your direct supervisor or Human Resources immediately to report your concerns. In addition, you have the right to seek assistance from:

    Equal Employment Opportunity Commission, Nashville Area Office
    220 Athens Way, Suite 350
    Nashville, Tennessee 37228-9940
    Telephone: (615) 736-5820
    Website: www.eeoc.gov


SIGNED this ____ day of _____, 2015.

_____
*Name, Title*

Exhibit B

## NOTICE TO ALL EMPLOYEES

1. This is a Notice to all employees and assigned personnel of Sims Recycling Solutions, Inc. in Lavergne, Tennessee.

2. Federal law bars an employer from discrimination on account of disability. It is a violation of Title I of the Americans with Disabilities Act, 42 U.S.C. § 12112(a), et seq., to discriminate on account of disability.

3. Sims does not tolerate or condone discrimination on account of disability under the ADA. Discrimination on account of disability under the ADA is a violation of company policy as well as federal law. Violation of this company policy by anyone employed by Sims will result in disciplinary action up to and including termination.

4. The posting of this Notice by Sims does not constitute an admission by Sims of any liability under Federal law.

5. This notice must remain posted for two years from the date below and must not be altered, defaced, or covered by any other materials.

6. If you believe you have been discriminated against, please notify your direct supervisor or Human Resources immediately to report your concerns. In addition, you have the right to seek assistance from:

    Equal Employment Opportunity Commission, Nashville Area Office
    220 Athens Way, Suite 350
    Nashville, Tennessee 37228-9940
    Telephone: (615) 736-5820
    Website: www.eeoc.gov

SIGNED this _____ day of _____, 2015.

                                            _____
                                            *Name, Title*

21825768.1